1  DAVID J. BERGER (Bar No. 147645)
   Dberger@Wsgr.Com
2  DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
   dalepin@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 493-9300
5  Facsimile: (650) 493-6811

6  JENNY L. DIXON (Bar No. 192638)
   jldixon@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   One Market Street
8  Spear Tower, Suite 3300
   San Francisco, CA 94105
9  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
10
   Attorneys for Defendants
11 Irwin Financial Corporation and
   Irwin Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE )<br>)<br>Plaintiffs )<br>)<br>)<br>vs. )<br>)<br>IRWIN FINANCIAL CORPORATION AND )<br>IRWIN MORTGAGE CORPORATION, *et al.* )<br>)<br>Defendants )<br>) | Case No. C 09-01399 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |

1   WHEREAS, the above-captioned case was filed in this Court on March 31, 2009;

2   WHEREAS, the parties agreed to extend the time for Defendants Irwin Financial

3   Corporation and Irwin Mortgage Corporation to file their responsive pleading from April 20,

4   2009 to June 18, 2009;

5   WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need for

6   ADR Phone Conference ("ADR Material") are currently due June 18, 2009;

7   WHEREAS, the Rule 26(f) Report, initial disclosures, and Case Management Statement

8   are currently due on July 2, 2009;

9   WHEREAS, the Initial Case Management Conference is currently scheduled for July 9,

10   2009 at 10:00 a.m.; and

11   WHEREAS, the parties desire to defer such deadlines in order to pursue settlement

12   discussions and are scheduled to commence a mediation of their disputes before JAMS on July 9,

13   2009.

14   NOW, THEREFORE, the parties, by and through their undersigned counsel of record,

15   hereby agree and stipulate to the following:

16   1.   Defendants will file a responsive pleading on or before September 18, 2009.

17   2.   The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR

18   Material will be served and/or filed on or before October 1, 2009.

19   3.   The Initial Case Management Conference currently scheduled for July 9, 2009 is

20   hereby continued until October 8, 2009, or to such later date as may be ordered by the Court.

| | | |
|---|---|---|
| 1 | Dated: June 12, 2009 | BUTY & CURLIANO |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Jason C. Curliano_____<br>Jason C. Curliano (No. 167509) |
| 5 | | 555 City Center<br>555 12th Street, Suite 1280 |
| 6 | | Oakland, California 94607<br>Telephone: (510) 267-3000 |
| 7 | | Facsimile: (510) 267-0117 |
| 8 | | ZUKERMAN GORE BRANDEIS &<br>  CROSSMAN, LLP |
| 9 | | John K. Crossman[1] |
| 10 | | 875 Third Avenue, 28th Floor<br>New York, New York 10022 |
| 11 | | Telephone: (212) 223-6700<br>Facsimile: (212) 223-6433 |
| 12 | | Attorneys for Plaintiff |
| 13 | | Freedom Mortgage Corporation |
| 14 | | |
| 15 | Dated: June 12, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 16 | | David J. Berger (Bar No. 147645)<br>Jenny L. Dixon (Bar No. 192638) |
| 17 | | Dominique-Chantale Alepin (Bar No. 214648) |
| 18 | | By: _____/s/ Jenny L. Dixon_____ |
| 19 | | Jenny L. Dixon |
| 20 | | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 21 | | Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| 22 | | Attorneys for Defendants |
| 23 | | Irwin Financial Corporation and Irwin<br>Mortgage Corporation |

---

[1] Application for admission *pro hac vice* pending.

STIP & [PROPOSED] ORDER EXTENDING TIME &
CONTINUING CMC DATE
CASE NO. C-09-001399-MEJ

-2-

1 **[PROPOSED] ORDER**

2      Based upon the above stipulation of the parties, and for good cause appearing therefor, IT
3 IS HEREBY ORDERED THAT:

4      1.      Defendants will file a responsive pleading on or before September 18, 2009.

5      2.      The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR
6 Material will be served and/or filed on or before October 1, 2009.

7      3.      The Initial Case Management Conference currently scheduled for July 9, 2009 is
8 hereby continued until October 8, 2009, or to such later date as may be ordered by the Court.

10 Dated: June ~~12~~ 17, 2009

          _____
          Hon. Maria-Elena James
          United States Magistrate Judge

STIP & [PROPOSED] ORDER EXTENDING TIME &      -3-
CONTINUING CMC DATE
CASE NO. C-09-001399-MEJ

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jenny L. Dixon, attest that concurrence in the filing of this document has been obtained from Jason C. Curliano.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2009 at San Francisco, California.

By:   /s/ Jenny L. Dixon

Jenny L. Dixon

Counsel for Defendants Irwin Financial Corporation and Irwin Mortgage Corporation