DAVID J. BERGER [SBN 147645]
Dberger@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
JENNY L. DIXON [SBN 192638]
jdixon@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendants Irwin Financial
Corporation and Irwin Mortgage Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION, et al.,<br><br>Defendants. | CASE NO. C 09-01399 MEJ<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |

WHEREAS, on June 17, 2009, pursuant to the parties' stipulation, the Court entered an order continuing various deadlines and the Case Management Conference in order for the parties to pursue settlement discussions;

Whereas, on July 9, 2009, the parties mediated their disputes before JAMS and are scheduled to resume mediation on September 30, 2009;

Whereas, Defendants Irwin Financial Corporation and Irwin Mortgage Corporation

1  are currently scheduled to file their responsive pleading on or before September 18, 2009;

2      Whereas, the ADR Certification and Stipulation to ADR Process or Notice of Need for

3  ADR Phone Conference ("ADR Material") are currently due October 1, 2009;

4      WHEREAS, the Rule 26(f) Report, initial disclosures, and Case Management Statement

5  are currently due on October 1, 2009;

6      WHEREAS, the Initial Case Management Conference is currently scheduled for

7  October 8, 2009 at 10:00 a.m.; and

8      WHEREAS, the parties desire to defer the foregoing deadlines and Initial Case

9  Management Conference in order to continue their settlement discussions.

10      NOW, THEREFORE, the parties, by and through their undersigned counsel of record,

11  hereby agree and stipulate to the following:

12      1.    Defendants will file a responsive pleading on or before January 15, 2010.

13      2.    The Rule 26(f) Report, initial disclosures, Case Management Statement and

14  ADR Material will be served and/or filed on or before February 5, 2010.

15      3.    The Initial Case Management Conference currently scheduled for October

16  8, 2009 is hereby continued until February 12, 2010, or to such later date as may be ordered

17  by the Court.

18  DATED: September 11, 2009        BUTY & CURLIANO

19

20          By:   */s/ Jason C. Curliano*
                JASON C. CURLIANO

21

22          ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

23          JOHN K. CROSSMAN[1]

24          Attorneys for Plaintiff Freedom Mortgage
        Corporation

25

26

27  ---

[1] Application for admission *pro hac vice* pending.

28

1   DATED: September 11, 2009          SOLOMON WARD SEIDENWURM & SMITH, LLP

2

3                                      By:     /s/ Jenny L. Dixon
                                               JENNY L. DIXON
4
                                       WILSON SONSINI GOODRICH & ROSATI
5                                      Professional Corporation

6                                              DAVID J. BERGER

7                                      Attorneys for Defendants Irwin Financial
                                       Corporation and Irwin Mortgage Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2      Based upon the above stipulation of the parties, and for good cause appearing

3   therefor, IT IS HEREBY ORDERED THAT:

4      1.  Defendants will file a responsive pleading on or before January 15, 2010.

5      2.  The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR

6   Material will be served and/or filed on or before February 5, 2010.

7      3.  The Initial Case Management Conference currently scheduled for October 8,

8   2009 is hereby continued until February ~~12~~ 11, 2010, or to such later date as may be ordered

at 10:00 a.m.

9   by the Court.

10

11  DATED: _September 17_____, 2009

12                                      Hon. Maria Elena James
                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2    I, Jenny L. Dixon, attest that concurrence in the filing of this document has been

3  obtained from Jason C. Curliano.  I declare under penalty of perjury under the laws of the

4  United States of America that the foregoing is true and correct.

5    Executed this 11th day of September at San Diego, California.

6

7

8                    By:  /s/ Jenny L. Dixon
                       JENNY L. DIXON
9
                     Attorneys for Defendants Irwin Financial
10                    Corporation and Irwin Mortgage Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND ORDER TO EXTEND TIME & CONTINUING CMC DATE

## CERTIFICATE OF SERVICE

I caused the **SECOND STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**William M. Lafferty**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: wlafferty@mnat.com

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**Karl George Randall**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9465
Email: krandall@mnat.com

**Theodore Allan Kittila**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9463
Email: tkittila@mnat.com

**Dominique Chantale Alepin**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-493-6811
Email: dalepin@wsgr.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

**Raymond J. DiCamillo**
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
Email: dicamillo@rlf.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendants Irwin Financial
Corporation and Irwin Mortgage Corporation