1  DAVID J. BERGER [SBN 147645]
   Dberger@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   JENNY L. DIXON [SBN 192638]
6  jdixon@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
7  401 B Street, Suite 1200
   San Diego, California 92101
8  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
9
   Attorneys for Defendant Irwin Mortgage
10 Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION,<br><br>Defendants. | CASE NO. C 09-01399 MEJ<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |

WHEREAS, on June 17, 2009, pursuant to the parties' stipulation, the Court entered an order continuing various deadlines and the Case Management Conference in order for the parties to pursue settlement discussions;

WHEREAS, on July 9, 2009, the parties mediated their disputes before JAMS and were scheduled to resume mediation on September 30, 2009;

WHEREAS, on September 17, 2009, pursuant to the parties' stipulation filed on September 11, 2009, the Court entered an order continuing various deadlines and the Case Management Conference in order for the parties to attend the mediation and pursue settlement discussions;

WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. § 362(a) and now has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;

WHEREAS, defendant Irwin Mortgage Corporation, which states that it is a former indirect subsidiary of Irwin Financial Corporation, is currently scheduled to file its responsive pleading on or before January 15, 2010;

WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and Case Management Statement are currently due February 5, 2010;

WHEREAS, the Initial Case Management Conference is currently scheduled for February 11, 2009 at 10:00 a.m.; and

WHEREAS, Irwin Mortgage Corporation states that it continues to work through corporate and operational issues resulting from Debtor's bankruptcy and has requested, and Freedom Mortgage has agreed to, a further continuance of the foregoing deadlines and Initial Case Management Conference; and

WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration proceedings that involve Freedom Mortgage Corporation and two other subsidiaries of Irwin

Financial Corporation and issues related to this matter pending disposition in the Bankruptcy Court, and the arbitration is not expected to resume prior to the dates set forth below.

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before April 16, 2010.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before May 7, 2010.

3. The Initial Case Management Conference currently scheduled for February 11, 2010 is hereby continued until May 14, 2010, or to such later date as may be ordered by the Court.

DATED: January 15, 2010         BUTY & CURLIANO


                                By: /s/ Jason C. Curliano
                                    JASON C. CURLIANO


                                ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

                                JOHN K. CROSSMAN[1]

                                Attorneys for Plaintiff Freedom Mortgage Corporation

DATED: January 15, 2010         SOLOMON WARD SEIDENWURM & SMITH, LLP


                                By: /s/ Jenny L. Dixon
                                    JENNY L. DIXON

                                WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation
                                DAVID J. BERGER

                                Attorneys for Defendant Irwin Mortgage Corporation

---

[1] Application for admission *pro hac vice* pending.

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendants will file a responsive pleading on or before April 16, 2010.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before May 7, 2010.

3. The Initial Case Management Conference currently scheduled for February 11, 2010 is hereby continued until May 14, 2010, or to such later date as may be ordered by the Court.

DATED: January 19, 2010

_____
Hon. Maria Elena James
United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, Jenny L. Dixon, attest that concurrence in the filing of this document has been |
| 3 | obtained from Jason C. Curliano. I declare under penalty of perjury under the laws of the |
| 4 | United States of America that the foregoing is true and correct. |
| 5 | Executed this 15th day of January, 2010 at San Diego, California. |

By: /s/ *Jenny L. Dixon*
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation

| | |
|---|---|
| 1 | <u>**CERTIFICATE OF SERVICE**</u> |
| 2 | I caused the **THIRD STIPULATION AND ORDER TO EXTEND TIME IN WHICH** |
| 3 | **DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND** |
| 4 | **RELATED DATES** to be served in the following manner: |
| 5 | <u>**Electronic Mail Notice List**</u> |
| 6 | The following are those who are currently on the list to receive e-mail notices for this |
| 7 | case. |

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage
Corporation