1  DAVID J. BERGER [SBN 147645]
   Dberger@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   JENNY L. DIXON [SBN 192638]
6  jdixon@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
7  401 B Street, Suite 1200
   San Diego, California 92101
8  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
9
   Attorneys for Defendant Irwin Mortgage
10 Corporation

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION,<br><br>Defendants. | CASE NO. C 09-01399 MEJ<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |

WHEREAS, on June 17, 2009, pursuant to the parties' stipulation, the Court entered an order continuing various deadlines and the Case Management Conference in order for the parties to pursue settlement discussions;

WHEREAS, on July 9, 2009, the parties mediated their disputes before JAMS and were scheduled to resume mediation on September 30, 2009;

WHEREAS, on September 17, 2009, pursuant to the parties' stipulation filed on September 11, 2009, the Court entered an order continuing various deadlines and the Case Management Conference in order for the parties to attend the mediation and pursue settlement discussions;

WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. § 362(a) and now has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;

WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration proceedings that involve Freedom Mortgage Corporation ("Freedom") and two other subsidiaries of Debtor and issues related to this matter pending disposition in the Bankruptcy Court, and the arbitration is not expected to resume prior to the dates set forth below;

WHEREAS, on January 19, 2010, the Court entered an order continuing various deadlines and the Case Management Conference in light of Debtor's bankruptcy and the need for defendant, Irwin Mortgage Corporation ("Irwin Mortgage"), a former indirect subsidiary of Debtor, to work through corporate and operational issues;

WHEREAS, Irwin Mortgage is currently scheduled to file its responsive pleading on or before April 16, 2010;

WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and Case Management Statement are currently due May 6, 2010;

1  WHEREAS, the Initial Case Management Conference is currently scheduled for May 13, 2010 at 10:00 a.m.;

WHEREAS, Freedom and Irwin Mortgage are in the process of evaluating the impact Debtor's bankruptcy has on this proceeding and other legal proceedings;

WHEREAS, Freedom and Irwin Mortgage believe that good cause exists for a further continuance of the foregoing deadlines and Initial Case Management Conference; and

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Defendant Irwin Mortgage will file a responsive pleading on or before June 25, 2010.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before July 9, 2010.

3. The Initial Case Management Conference currently scheduled for May 13, 2010 is hereby continued until July 16, 2010, or to such later date as may be ordered by the Court.

DATED: April 16, 2010    BUTY & CURLIANO

By:  /s/ Jason C. Curliano
     JASON C. CURLIANO

ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

JOHN K. CROSSMAN[1]

Attorneys for Plaintiff Freedom Mortgage Corporation

---

[1] Application for admission *pro hac vice* pending.

| | | |
|---|---|---|
| 1 | DATED: April 16, 2010 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 2 | | |
| 3 | | By:   /s/ Jenny L. Dixon   <br>          JENNY L. DIXON |
| 4 | | |
| 5 | | WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br>          DAVID J. BERGER |
| 6 | | |
| 7 | | Attorneys for Defendant Irwin Mortgage Corporation |

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before June 25, 2010.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before July 9, 2010.

3. The Initial Case Management Conference currently scheduled for May 13, 2010 is hereby continued until July ~~16~~ 15, 2010, or to such later date as may be ordered by the Court.

DATED: ___April 19___, 2010           _____
                                       Hon. Maria Elena James
                                       United States Magistrate Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jenny L. Dixon, attest that concurrence in the filing of this document has been obtained from Jason C. Curliano. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of April, 2010 at San Diego, California.


By: /s/ *Jenny L. Dixon*
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I caused the **FOURTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH** |
| 3 | **DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND** |
| 4 | **RELATED DATES** to be served in the following manner: |
| 5 | **Electronic Mail Notice List** |
| 6 | The following are those who are currently on the list to receive e-mail notices for this |
| 7 | case. |

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation