1  DAVID J. BERGER [SBN 147645]
   Dberger@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   JENNY L. DIXON [SBN 192638]
6  jdixon@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
7  401 B Street, Suite 1200
   San Diego, California 92101
8  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
9
   Attorneys for Defendant Irwin Mortgage
10 Corporation

11

12

13              UNITED STATES DISTRICT COURT

14    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16 FREEDOM MORTGAGE CORPORATION,          CASE NO. C 09-01399 MEJ

17            Plaintiff,                  **FIFTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES**

18 v.

19 IRWIN FINANCIAL CORPORATION AND
   IRWIN MORTGAGE CORPORATION,
20
              Defendants.
21

22

23

24

25

26

27

28

P:00553339:90562.002                                    C 09-01399 MEJ

FIFTH STIPULATION AND ORDER TO EXTEND TIME & CONTINUING CMC DATE

1   WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned

2   matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on

3   September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. §

4   362(a) and has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S

5   Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;

6   WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration

7   proceedings that involve Freedom Mortgage Corporation ("Freedom") and two other

8   subsidiaries of Debtor and issues related to this matter pending disposition in the Bankruptcy

9   Court, and the arbitration is not expected to resume prior to the dates set forth below;

10   WHEREAS, on April 19, 2010, the Court entered an order continuing various

11   deadlines and the Case Management Conference because Freedom and Irwin Mortgage

12   Corporation ("Irwin Mortgage") were in the process of evaluating the impact Debtor's

13   bankruptcy has on this proceeding and other related legal proceedings;

14   WHEREAS, Irwin Mortgage is currently scheduled to file its responsive pleading on or

15   before June 25, 2010;

16   WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need

17   for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and

18   Case Management Statement are currently due July 9, 2010;

19   WHEREAS, the Initial Case Management Conference is currently scheduled for July

20   15, 2010 at 10:00 a.m.;

21   WHEREAS, Freedom and Irwin Mortgage desire to reach a global settlement of all

22   disputes and claims in this action and other actions, including the arbitration, which will

23   necessarily involve the participation of another former subsidiary of Debtor that is not

24   named as a party in this action and which is under the control of a third party;

25   WHEREAS, Freedom and Irwin Mortgage believe that good cause exists for a further

26   continuance of the foregoing deadlines and Initial Case Management Conference; and

27   NOW, THEREFORE, the parties, by and through their undersigned counsel of record,

28   hereby agree and stipulate to the following:

1      1.    Defendant Irwin Mortgage will file a responsive pleading on or before

2 September 24, 2010.

3      2.    The Rule 26(f) Report, initial disclosures, Case Management Statement and

4 ADR Material will be served and/or filed on or before October 8, 2010.

5      3.    The Initial Case Management Conference currently scheduled for

6 July 13, 2010 is hereby continued until October 15, 2010, or to such date as may be

7 ordered by the Court.

8 DATED: June 24, 2010        BUTY & CURLIANO

9

10                  By:   /s/ Jason C. Curliano
                         JASON C. CURLIANO

11

12                ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

13                JOHN K. CROSSMAN[1]

14                Attorneys for Plaintiff Freedom Mortgage
                Corporation

15

16 DATED: June 24, 2010        SOLOMON WARD SEIDENWURM & SMITH, LLP

17

18                  By:   /s/ Jenny L. Dixon
                         JENNY L. DIXON

19                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
20

21                DAVID J. BERGER

22                Attorneys for Defendant Irwin Mortgage
                Corporation

23

24

25

26

27 ‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐
    [1] Application for admission *pro hac vice* pending.

28

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before September 24, 2010.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before October ~~8~~ 7, 2010.

3. The Initial Case Management Conference currently scheduled for July 15, 2010 is hereby continued until October ~~15~~ 14, 2010, or to such later date as may be ordered by the Court.

DATED: _____June 24_____, 2010     _____

Hon. Maria Elena James
United States Magistrate Judge

FIFTH STIPULATION AND ORDER TO EXTEND TIME & CONTINUING CMC DATE

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2     I, Jenny L. Dixon, attest that concurrence in the filing of this document has been

3  obtained from Jason C. Curliano.  I declare under penalty of perjury under the laws of the

4  United States of America that the foregoing is true and correct.

5     Executed this 24th day of June, 2010 at San Diego, California.

6

7

8     By: /s/ Jenny L. Dixon
      JENNY L. DIXON

9
      Attorneys for Defendant Irwin Mortgage
10    Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I caused the **FIFTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage
Corporation