1  DAVID J. BERGER [SBN 147645]
   Dberger@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   JENNY L. DIXON [SBN 192638]
6  jdixon@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
7  401 B Street, Suite 1200
   San Diego, California 92101
8  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
9
   Attorneys for Defendant Irwin Mortgage
10 Corporation

11

12

13                     UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  FREEDOM MORTGAGE CORPORATION, | CASE NO. C 09-01399 MEJ |
| 17  Plaintiff, | **SIXTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |
| 18  v. | |
| 19  IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION, | |
| 20  Defendants. | |

21

22

23

24

25

26

27

28

WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. § 362(a) and has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;

WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration proceedings that involve Freedom Mortgage Corporation ("Freedom") and two other former subsidiaries of Debtor and issues related to this matter pending disposition in the Bankruptcy Court, and the arbitration is not expected to resume prior to the dates set forth below;

WHEREAS, on June 24, 2010, the Court entered an order continuing various deadlines and the Case Management Conference based upon the representations, in the proposed stipulation and order submitted on June 24, 2010, that Freedom and Irwin Mortgage Corporation ("Irwin Mortgage") were in discussions concerning a global settlement of all disputes and claims in this action and the related actions, including the arbitration and *Irwin Union Bank and Trust Company et al. v. Freedom Mortgage Corp.*, Case No. 4:08-cv-00472-PJH (N.D. Cal.), which will necessarily involve the participation of the two former subsidiaries of Debtor that are not named as parties to this action but are named in the related litigation;

WHEREAS, Irwin Mortgage is currently scheduled to file its responsive pleading on or before September 24 , 2010;

WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and Case Management Statement are currently due October 7, 2010;

WHEREAS, the Initial Case Management Conference is currently scheduled for October 14, 2010 at 10:00 a.m.;

WHEREAS, Irwin Mortgage is still attempting to secure the participation of Irwin Union Bank and Trust Company through the Federal Deposit Insurance Corporation, which was appointed as receiver when banking regulators closed the bank in September 2009, in

1  order to reach a global settlement of all disputes and claims in this action and the related
2  litigation;
3      WHEREAS, Freedom and Irwin Mortgage believe that good cause exists for a further
4  continuance of the foregoing deadlines and Initial Case Management Conference; and
5      NOW, THEREFORE, the parties, by and through their undersigned counsel of record,
6  hereby agree and stipulate to the following:
7      1.    Defendant Irwin Mortgage will file a responsive pleading on or before January
8  14, 2011.
9      2.    The Rule 26(f) Report, initial disclosures, Case Management Statement and
10 ADR Material will be served and/or filed on or before February 3, 2011.
11     3.    The Initial Case Management Conference currently scheduled for October
12 14, 2010 is hereby continued until February 10, 2011, or to such date as may be ordered by
13 the Court.
14 DATED: September 24, 2010    BUTY & CURLIANO

By:  /s/ Jason C. Curliano
      JASON C. CURLIANO

ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

JOHN K. CROSSMAN[1]

Attorneys for Plaintiff Freedom Mortgage Corporation

---

[1] Application for admission *pro hac vice* pending.

| | |
|---|---|
| 1 | DATED: September 24, 2010        SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 2 | |
| 3 | By:   /s/ Jenny L. Dixon |
|   | JENNY L. DIXON |
| 4 | |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | DAVID J. BERGER |
| 7 | Attorneys for Defendant Irwin Mortgage Corporation |

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before January 14, 2011.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before February 3, 2011.

3. The Initial Case Management Conference currently scheduled for October 14, 2010 is hereby continued until February 10, 2011, or to such later date as may be ordered by the Court.

DATED: September 29, 2010

Hon. Maria Elena James
United States Magistrate Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jenny L. Dixon, attest that concurrence in the filing of this document has been obtained from Jason C. Curliano. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of September, 2010 at San Diego, California.


By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation

# CERTIFICATE OF SERVICE

I caused the **SIXTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation