DAVID J. BERGER [SBN 147645]
Dberger@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

JENNY L. DIXON [SBN 192638]
jdixon@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant Irwin Mortgage Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION,<br><br>Defendants. | CASE NO. C 09-01399 MEJ<br><br>**SEVENTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |

1   WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned
2   matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on
3   September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. §
4   362(a) and has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S
5   Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;

6   WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration
7   proceedings that involve Freedom Mortgage Corporation ("Freedom") and two other former
8   subsidiaries of Debtor and issues related to this matter pending disposition in the Bankruptcy
9   Court, and the arbitration is not expected to resume prior to the dates set forth below;

10  WHEREAS, on September 29, 2010, the Court entered an order continuing various
11  deadlines and the Case Management Conference based upon the representations, in the
12  proposed stipulation and order submitted on September 24, 2010, that Freedom and Irwin
13  Mortgage Corporation ("Irwin Mortgage") were in discussions concerning a global settlement
14  of all disputes and claims in this action and the related actions, including the arbitration and
15  *Irwin Union Bank and Trust Company et al. v. Freedom Mortgage Corp.*, Case No. 4:08-cv-
16  00472-PJH (N.D. Cal.), which will necessarily involve the participation of the two former
17  subsidiaries of Debtor that are not named as parties to this action but are named in the
18  related litigation;

19  WHEREAS, Irwin Mortgage is currently scheduled to file its responsive pleading on or
20  before January 14 , 2011;

21  WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need
22  for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and
23  Case Management Statement are currently due February 3, 2011;

24  WHEREAS, the Initial Case Management Conference is currently scheduled for
25  February 10, 2011 at 10:00 a.m.;

26  WHEREAS, the parties have progressed in their settlement discussions and are
27  working to secure the participation of Irwin Union Bank and Trust Company through the
28  Federal Deposit Insurance Corporation, which Irwin Mortgage reports was appointed as

receiver when banking regulators closed the bank in September 2009, in order to reach a global settlement of all disputes and claims in this action and the related litigation;

WHEREAS, Freedom and Irwin Mortgage believe that good cause exists for a further continuance of the foregoing deadlines and Initial Case Management Conference to allow the parties to continue to work through issues in order to secure the participation in the proposed settlement of all interested parties; and

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Defendant Irwin Mortgage will file a responsive pleading on or before April 29, 2011.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before May 19, 2011.

3. The Initial Case Management Conference currently scheduled for February 10, 2011 is hereby continued until May 26, 2011, or to such date as may be ordered by the Court.

DATED: January 14, 2011          BUTY & CURLIANO

                                 By:  /s/ Jason C. Curliano
                                      JASON C. CURLIANO

                                 ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

                                 JOHN K. CROSSMAN[1]

                                 Attorneys for Plaintiff Freedom Mortgage Corporation

---

[1] Application for admission *pro hac vice* pending.

| | | |
|---|---|---|
| 1 | DATED: January 14, 2011 | SOLOMON WARD SEIDENWURM & SMITH, LLP |

By:    */s/ Jenny L. Dixon*
       JENNY L. DIXON

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DAVID J. BERGER

Attorneys for Defendant Irwin Mortgage Corporation

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before April 29, 2011.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before May 19, 2011.

3. The Initial Case Management Conference currently scheduled for February 10, 2011 is hereby continued until May 26, 2011, or to such later date as may be ordered by the Court.

DATED: January 19, 2011

Hon. Maria Elena James
United States Magistrate Judge