1  DAVID J. BERGER [SBN 147645]
   Dberger@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5
   JENNY L. DIXON [SBN 192638]
6  jdixon@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
7  401 B Street, Suite 1200
   San Diego, California 92101
8  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
9
   Attorneys for Defendant Irwin Mortgage
10 Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | CASE NO. C 09-01399 MEJ |
| Plaintiff, | **EIGHTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** |
| v. | |
| IRWIN FINANCIAL CORPORATION AND IRWIN MORTGAGE CORPORATION, | |
| Defendants. | |

1 WHEREAS, Irwin Financial Corporation ("Debtor"), defendant in the above-captioned
2 matter, filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on
3 September 18, 2009, resulting in an automatic stay in Debtor's favor pursuant to 11 U.S.C. §
4 362(a) and has Chapter 7 Counsel, David M. Powlen, Barnes & Thornburg, LLP, 11 S.
5 Meridian St., Indianapolis, IN 46204-3506, (317) 236-1313;
6 WHEREAS, on November 24, 2009, the National Arbitration Forum stayed arbitration
7 proceedings that involve Freedom Mortgage Corporation ("Freedom") and two other former
8 subsidiaries of Debtor and issues related to this matter pending disposition in the Bankruptcy
9 Court, and the arbitration is not expected to resume prior to the dates set forth below;
10 WHEREAS, on January 19, 2011, the Court entered an order continuing various
11 deadlines and the Case Management Conference based upon the representations, in the
12 proposed stipulation and order submitted on January 14, 2011, that Freedom and Irwin
13 Mortgage Corporation ("Irwin Mortgage") were in discussions concerning a global settlement
14 of all disputes and claims in this action and the related actions, including the arbitration and
15 *Irwin Union Bank and Trust Company et al. v. Freedom Mortgage Corp.*, Case No. 4:08-cv-
16 00472-PJH (N.D. Cal.), which will necessarily involve the participation of the two former
17 subsidiaries of Debtor that are not named as parties to this action but are named in the
18 related litigation;
19 WHEREAS, Irwin Mortgage is currently scheduled to file its responsive pleading on or
20 before April 29, 2011;
21 WHEREAS, the ADR Certification and Stipulation to ADR Process or Notice of Need
22 for ADR Phone Conference ("ADR Material"), the Rule 26(f) Report, initial disclosures, and
23 Case Management Statement are currently due May 19, 2011;
24 WHEREAS, the Initial Case Management Conference is currently scheduled for
25 May 26, 2011 at 10:00 a.m.;
26 WHEREAS, the parties continue their settlement discussions and are working to
27 secure the participation of Irwin Union Bank and Trust Company through the Federal
28 Deposit Insurance Corporation, which Irwin Mortgage reports was appointed as receiver

1 when banking regulators closed the bank in September 2009, in order to reach a global
2 settlement of all disputes and claims in this action and the related litigation; and
3   WHEREAS, Freedom and Irwin Mortgage believe that good cause exists for a further
4 continuance of the foregoing deadlines and Initial Case Management Conference to allow
5 the parties to continue to work through issues to secure the participation of the necessary
6 parties to the proposed settlement.
7   NOW, THEREFORE, the parties, by and through their undersigned counsel of record,
8 hereby agree and stipulate to the following:
9   1. Defendant Irwin Mortgage will file a responsive pleading on or before July 22,
10 2011.
11   2. The Rule 26(f) Report, initial disclosures, Case Management Statement and
12 ADR Material will be served and/or filed on or before August 11, 2011.
13   3. The Initial Case Management Conference currently scheduled for May 26,
14 2011 is hereby continued until August 18, 2011, or to such date as may be ordered by the
15 Court.

16 DATED: April 27, 2011          BUTY & CURLIANO

18                  By:  /s/ Jason C. Curliano
                         JASON C. CURLIANO

20                  ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

21                         JOHN K. CROSSMAN[1]

22                         Attorneys for Plaintiff Freedom Mortgage
                           Corporation

---

[1] Application for admission *pro hac vice* pending.

| | | |
|---|---|---|
| 1 | DATED: April 27, 2011 | SOLOMON WARD SEIDENWURM & SMITH, LLP |

By:     */s/ Jenny L. Dixon*
             JENNY L. DIXON

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

      DAVID J. BERGER

Attorneys for Defendant Irwin Mortgage Corporation

## ORDER

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant Irwin Mortgage Corporation will file a responsive pleading on or before July 22, 2011.

2. The Rule 26(f) Report, initial disclosures, Case Management Statement and ADR Material will be served and/or filed on or before August 11, 2011.

3. The Initial Case Management Conference currently scheduled for May 26, 2011 is hereby continued until August 18, 2011, or to such later date as may be ordered by the Court.

DATED: April 28, 2011

_____
Hon. Maria Elena James
United States Magistrate Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jenny L. Dixon, attest that concurrence in the filing of this document has been obtained from Jason C. Curliano. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of April, 2011 at San Diego, California.

By: /s/ *Jenny L. Dixon*
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation

## CERTIFICATE OF SERVICE

I caused the **EIGHTH STIPULATION AND ORDER TO EXTEND TIME IN WHICH DEFENDANTS MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE AND RELATED DATES** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Frank C. Welzer**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: fwelzer@zgbllp.com

**John K. Crossman**
Zukerman Gore & Brandeis LLP
875 Third Avenue
28th Floor
New York, NY 10022
212-223-6700
Fax: 212-223-6433
Email: jcrossman@zgbllp.com

**David J. Berger**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-493-6811
Email: dberger@wsgr.com

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendant Irwin Mortgage Corporation